# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MELVIN BROWN

NO. 2021 KW 0046

**MARCH 15, 2021**

---

In Re: Melvin Brown, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 541-579.

---

**BEFORE: McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT